UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

John Doe, by his next friend, Barbara Roe
                                  Plaintiff,

v.                                              Case No.: 1:10–cv–02116
                                                       Honorable Blanche M. Manning

Toys R Us, et al.
                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 1, 2010:

      MINUTE entry before Honorable Geraldine Soat Brown: Status hearing held and continued 9/15/10 at 9:30 a.m. Motion hearing held. Parties' joint motion for entry of protective order [54] is granted. Enter Agreed Protective Order. Plaintiff's counsel shall file a statement demonstrating, with facts and authority, that the proported plaintiff, the mother of John Doe, has legal standing to bring this action and to pursue the action in the name of Barbara Roe as pseudonym by 9/13/10.Notice mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.