IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BARBARA WALTI, GUARDIAN OF, THE ESTATE AND PERSON OF JOHN WALTI ON BEHALF OF JOHN WALTI, <br> Plaintiff, <br> v. <br><br> TOYS R US and ALFREDO. ARIZMENDI <br><br> Defendants. | Case No.10 cv 2116 <br><br> Judge Blanche M. Manning <br> Magistrate Judge Geraldine Soat Brown <br><br> Jury Trial Requested |

**STIPULATON TO DISMISS WITH PREJUDICE**

Pursuant to Fed R. Civ. P. 41(a)(1), it is stipulated and agreed that the above captioned action shall be, and hereby is, dismissed with prejudice, with each party to bear its own costs, attorneys fees and expenses.


/s/Miriam N. Geraghty
Kinoy, Taren & Geraghty
224 South Michigan Avenue
Suite 300
Chicago, IL 60604
(312) 663 – 5210
Attorney for the Plaintiff

/s/James Botana
Jackson Lewis LLP
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601
(312) 803 – 2506
Attorneys for Defendant Toys R Us

/s/Marc Siegel
Caffarelli & Siegel Ltd.
180 N. Stetson Avenue
Suite 3150
Chicago, IL 60601
(312) 540 – 1230
Attorney for Defendant Alfredo Arizmendi